

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00049-CV

---

**MAXX GREEN, A/K/A MAXIE DELANO GREEN D/B/A A TO Z BAIL BONDS, APPELLANT**

**V.**

**WICHITA COUNTY BAIL BOND BOARD, APPELLEE**

---

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC89-CV2023-1234, Honorable Doug Robison, Presiding

---

May 1, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Maxx Green, a/k/a Maxie Delano Green d/b/a A to Z Bail Bonds, appeals from the trial court's *Final Judgment*.[1]  Appellant's brief was originally due March 2, 2026, but was not filed.  We subsequently granted Appellant an extension of time to file a brief.  By letter of March19, 2026, we notified Appellant that the appeal was subject

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

to dismissal for want of prosecution, without further notice, if a brief was not received by April 16. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam